UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AVRAHUM WEISMAN,<br>    Plaintiff,<br><br>v.<br><br>M & J BUS CO.,<br>    Defendant. | CIVIL NO.: 3:11-CV-01929 (VLB)<br><br><br>APRIL 23, 2012 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Avrahum Weisman and Defendant M & J Bus Co., through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed as to Defendant, in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| AVRAHUM WEISMAN | M & J BUS CO. |
| | |
| By: */s/ Ruth D. Weissman* | By: */s/ James F. Shea* |
| **Ruth D. Weissman, Esq. (ct25441)** | James F. Shea (ct16750) |
| rdw@iamalawyer.net | sheaj@jacksonlewis.com |
| P.O. Box 370552 | Jackson Lewis LLP |
| West Hartford, CT  06137 | 90 State House Square, 8th Floor |
| P:  860-680-4791 | Hartford, CT  06103 |
| F:  860-726-9079 | P: (860) 522-0404 |
| | F: (860) 247-1330 |